| | |
|---|---|
| 1 | Your Name: *Arcelio Joseph Reybol* |
| 2 | Address: *167 Ben Lomond  Hercules, Ca 94547* |
| 3 | Phone Number: *415-218-0233* |
| 4 | Fax Number: |
| 5 | E-mail Address: *Arcelio . Reybol @ gmail.com* |
| 6 | Pro Se Plaintiff |

**FILED**

FEB 24 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV 25 - 01912**

| | | | |
|---|---|---|---|
| 10 | *Sun Devil 1206669889* | | |
| 11 | *Arcelio J. Reybol* | Case Number | [leave blank] |
| 12 | Plaintiff, | | |
| 13 | v. *U.S. Ambassador for Germany* | **COMPLAINT** | |
| 14 | *State of California* | | |
| 15 | *23-CV-04696-GBA* | **DEMAND FOR JURY TRIAL** | |
| 16 | Defendant. *25- CV- 00217-LB* | Yes ☐    No ☒ | |
| 17 | | | |

☒ *Magistrate*

**I.    PARTIES**

1.  Plaintiff.  [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: *Arcelio Joseph Reybol    Sun Devil 1206669889*

Address: *167 Ben Lomond  Hercules, Ca 94547*

Telephone: *1 (415)(218-0233*

2.  Defendants.  [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: *State of California Elections*

Address: *U.S.A. Ambassador for Germany*

Telephone: *Sacramento, Ca  Secratary of State*

1    Defendant 2:

2    Name: _____

3    Address: _____

4    Telephone: _____

5    Defendant 3:

6    Name: _____

7    Address: _____

8    Telephone: _____

9

10   **II.    JURISDICTION**

11   Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

12   involving "diversity of citizenship." Check at least one box.

13   3.  My case belongs in federal court

14   ☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

15   Which federal law or right is involved?

16   _____ State of California _____

17   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

18   defendants <u>and</u> the amount of damages is more than $75,000.

19

20   **III.    VENUE**

21   The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

22   Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the

23   venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check

24   the box for each venue option that applies.

25   4.  Venue is appropriate in this Court because:

26   ☒ a substantial part of the events I am suing about happened in this district. Deutche Bank

27   ☐ a substantial part of the property I am suing about is located in this district.

28   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1   I live in this district.

2   ☐ at least one defendant is located in this District and any other defendants are located in California.

3

4   **IV.   INTRADISTRICT ASSIGNMENT**

5   This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6   First write in the county in which the events you are suing about happened, and then match it to the correct

7   division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8   San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9   Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10  counties, only if all parties consent to a magistrate judge.  *Barcelona, Espanna*

11  1. Because this lawsuit arose in *Espana, Barcelona* County, it should be assigned to the

12  *San Francisco* Division of this Court.

13

14  **V.   STATEMENT OF FACTS**

15  Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16  happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17  starting with paragraph number 6. Use more pages as needed.

18

19  *U.S.A. Ambassador for Germany*

20

21  *Deutche Bank   Hurricane Sarah*

22  *ASU Dr. Professor Sara Walker*

23  *Oakland is Bankrupt*

24

25  *25-CV-00217-LB*

26

27  *Sun Devil 1206669889*

28  *Arizona State University*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**VI.    CLAIMS**

2

**First Claim**

3

Name the law or right violated:

4

_Minor in Business W.P. Carey Business School_

5

Name the defendants who violated it:

6

_25 - CV - 00217 - LB_

7

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8

do not need to make legal arguments. You can refer to your statement of facts.

9

10

11

_Oakland is Bankrupt 2024_

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

_____ **Claim**

2   Name the law or right violated:

3   _____

4   Name the defendants who violated it:

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

26  _____

27  _____

28  _____

1

**VII.    DEMAND FOR RELIEF**

2   State what you want the Court to do.  Depending on your claims, you may ask the Court to award you

3   money or order the defendant to do something or stop doing something.  If you are asking for money, you

4   can say how much you are asking for and why you should get that amount, or describe the different kinds of

5   harm caused by the defendant.

6

7   *Of no Relief*

8

9

10

11

12   ☒ *Magistrate yes.*

13

14

15

16   **VIII.    DEMAND FOR JURY TRIAL**

17   Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

18   ☐ Plaintiff demands a jury trial on all issues.    ☑ *Magistrate yes*

19

20   Respectfully submitted,

21

22   Date: *Feb. 14th, 2025*    Sign Name: _____

23   Print Name: *Arcelio Joseph Reybol*

24

25

26

27

28

1  | Copy this page and insert it where you need additional space.
2  |
3  |
4  |
5  |
6  |
7  |
8  |
9  |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |