SunDevil12065f05f Arcelio Joseph Reybol
167 Ben Lomond
Hercules, Ca 94547

U.S. POSTAGE PAID
FCM LG ENV
PINOLE, CA 94564
FEB 18, 2025
$2.04
S2324K503546-3
94102
Retail
RDC 99

INSPECTED BY
FEB 2 1 2025
U.S. MARSHALS SERVICE

RECEIVED
FEB 2 1 2025
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

Magistrate ~ SK
United States District Court
Northern California District Court
450 Golden Gate

