Clear Form

**FILED**

FEB 24 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*TSH*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Sun Devil 1206669889

Arcelio Joseph Reybol

**CV25-01912**

Plaintiff,

vs.

State of California
Elections

Defendant.

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, _Arcelio J. Reybol_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.  I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____  No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the
following sources:

    a.    Business, Profession or      Yes ☒ No ___
        self employment?

    b.    Income from stocks, bonds,    Yes ☒ No ___
        or royalties?

    c.    Rent payments?           Yes ___ No ☒

    d.    Pensions, annuities, or       Yes ___ No ☒
        life insurance payments?

    e.    Federal or State welfare payments,  Yes ☒ No ___
        Social Security or other govern-
        ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount
received from each. _Mondelēz International ; UPS Charles Schwab_
_GS-5, Mail Clerk Frank Hagel Building_

3.    Are you married?          Yes ___ No ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support
        and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?    Yes *2006* No ____

Estimated Market Value: $ *Financial Crisis* Amount of Mortgage: $ *? Financial Crisis 2006-2007*

6.    Do you own an automobile?    Yes X No ____

Make *Chevrolet* Year *2022* Model *Spark*

Is it financed? Yes X No _____ If so, Total due: $ *Sallie Kim*

Monthly Payment: $ *302.21* *Provident Credit Union*

7.    Do you have a bank account?  Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank:

*Charles Schwab, San Francisco, California (2)*

Present balance(s): $ *F; Centro*

Do you own any cash?  Yes ___ No X Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)    *mw3*    Yes X No ___

*XBOX 360; Logitech Head Phones; Lenovo*

8.    What are your monthly expenses?

Rent: $ _____ *0* _____ Utilities: _____ *0* _____

Food: $ _____ *0* *$48-20* Clothing: _____ *0* _____
                    *$28*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| *Arcelio Joseph Regol* $ *2017 year* | | $ *€* |
| *Charles Schwab* $ | | $ |
| _____ $ | | $ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

*Capital One Venture One*

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

25-CV- 00217 - LB

24-CV -07687 - ~~FED~~ SK

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Feb. 14, 2025

DATE                                SIGNATURE OF APPLICANT